# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 141Church Street, New Haven, Connecticut, before the **Honorable JOAN G. MARGOLIS, United States Magistrate Judge, on Monday, November 23, 2015 at 2:00 p.m..**

AUSA ROBERT M. SPECTOR
**CHANGE OF PLEA
GUILTY PLEA TO AN INDICTMENT**

| | |
|---|---|
| UNITED STATES | Docket No.3:15cr85(VLB) |
| v. | **COUNTS ONE**<br>21 U.S.C. §841(a)(1) and 841(b)(1)(C) |
| ERIC LONERGAN<br>(Michael Sklaire, Esq.) | (Conspiracy to Possess with the Intent to Distribute and to Distribute MDMA ("Molly") |
| | PENALTIES<br>Imprisonment: Maximum of 20 Years<br>Fine: $1,000,000<br>Supervised Release: 3 Years to Life<br>Special Assessment: $100.00 |